# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SCOTT BERRINGER, | Case No.: 1:18-cv-01017-SAB (PC) |
| Plaintiff, | ORDER DISMISSING ACTION FOR FAILURE TO PAY THE $400.00 FILING FEE |
| v. | (Doc. No. 4) |
| S. URIATE, et al., | |
| Defendants. | |

Plaintiff Anthony Scott Berringer is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 11, 2018, the Court denied Plaintiff's application to proceed *in forma pauperis* and directed Plaintiff to pay the $400.00 filing fee within thirty days, or the action would be dismissed. (Doc. No. 4.) Over thirty days have passed, and Plaintiff has not paid the filing fee.

Accordingly, it is HEREBY ORDERED that the instant is dismissed, without prejudice, for failure to pay the $400.00 filing fee.

IT IS SO ORDERED.

Dated: **November 14, 2018**      **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE